# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| NORTH LOUISIANA SURGERY CENTER, L.L.C. | CIVIL ACTION NO. 05-1654 |
| versus | JUDGE HICKS |
| FIRST HEALTH INSURANCE CO., ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed [Doc. No. 13],[1] and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 11th day of May, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Contrary to Plaintiff's Objection, there is no minimum dollar amount in controversy required for the Court to exercise federal question jurisdiction. See 28 U.S.C. § 1331.